**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Smith Environmental and Engineering, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **84-1548879** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **250 Perry Lane**<br>**Dacono, CO 80514**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Weld**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   **smithdelivers.com**

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Smith Environmental and Engineering, Inc.**                                      Case number (*if known*) _____
          Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor   **Smith Environmental and Engineering, Inc.**                                Case number (*if known*) _____
      Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
   ■ No
   ☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

   ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
   ■ No
   ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

   Contact name _____

   Phone _____

      ■   **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*

   ■ Funds will be available for distribution to unsecured creditors.

   ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor     **Smith Environmental and Engineering, Inc.**
           Name

| | | Case number (*if known*) |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Smith Environmental and Engineering, Inc.**                            Case number (*if known*) _____
        _____
        Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 28, 2025**
             MM / DD / YYYY

X **/s/ Peter L. Smith**                                    **Peter L. Smith**
_____                         _____
Signature of authorized representative of debtor            Printed name

Title  **Vice President**
       _____

**18. Signature of attorney**

X **/s/ David J. Warner**                          Date  **February 28, 2025**
_____                        _____
Signature of attorney for debtor                           MM / DD / YYYY

**David J. Warner**
_____
Printed name

**Wadsworth Garber Warner Conrardy, P.C.**
_____
Firm name

**2580 West Main Street**
**Suite 200**
**Littleton, CO 80120**
_____
Number, Street, City, State & ZIP Code

Contact phone  **303-296-1999**           Email address  **dwarner@wgwc-law.com**
               _____                         _____

**38708 CO**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name __**Smith Environmental and Engineering, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**February 28, 2025**__     *X* **/s/ Peter L. Smith**
                                                Signature of individual signing on behalf of debtor

                                                **Peter L. Smith**
                                                Printed name

                                                **Vice President**
                                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Smith Environmental and Engineering, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*..................................................................................................    $    **0.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*..............................................................................................    $    **1,486,401.24**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.................................................................................................    $    **1,486,401.24**

---

**Part 2:**   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **129,050.53**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $    **1,083,358.62**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **1,763,193.97**

4.   Total liabilities ..............................................................................................................
   Lines 2 + 3a + 3b    $    **2,975,603.12**

**Fill in this information to identify the case:**

Debtor name      **Smith Environmental and Engineering, Inc.**

United States Bankruptcy Court for the:      DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Sunflower Bank** | **Business Checking** | **7774** | **$3,734.09** |
| 3.2. **Sunflower Bank** | **Business Checking** | **1646** | **$0.00** |
| 3.3. **TBK Bank** | **Business Checking** | | **$120,219.00** |
| 3.4. **TBK Bank** | **Business Checking** | **4183** | **$0.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|   |
|---|
| **$123,953.09** |

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

Debtor  **Smith Environmental and Engineering, Inc.**                     Case number *(If known)* _____
            Name

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

    7.1.  **Security Deposit with Landlord** _____        **$14,600.00**

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                        | **$14,600.00** |
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | **317,340.00** | - | **0.00** = .... | **$317,340.00** |
| | face amount | | doubtful or uncollectible accounts | |

| 11a. 90 days old or less: | **118,947.47** | - | **0.00** = .... | **$118,947.47** |
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **121,490.62** | - | **0.00** = .... | **$121,490.62** |
| | face amount | | doubtful or uncollectible accounts | |

12.     **Total of Part 3.**                                                       | **$557,778.09** |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |

Debtor   **Smith Environmental and Engineering, Inc.**          Case number *(If known)* _____
         _____
         Name

| | | | | |
|---|---|---|---|---|
| **Biodegradable Erosion Log** | 2/24/2025 | $8,000.00 | Comparable sale | $6,000.00 |
| **FOD VTC's** | 2/24/2025 | $6,000.00 | Comparable sale | $5,000.00 |
| **Profile Wood Hydromulch** | 2/24/2025 | $1,500.00 | Comparable sale | $1,000.00 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                        | **$12,000.00** |

      Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value   _____   Valuation method   _____   Current Value   _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** **Chairs, file cabinets, desks, shelves, conference table, floor mats, washer, dryer.** | $0.00 | Liquidation | $5,000.00 |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** **Software** | Unknown | Liquidation | $0.00 |
| **Monitors, keyboards, mice, desktop computers, laptop computers, desk phones, cleaning supplies, white boards, office artwork, extension cords, power strips,** | Unknown | | $7,000.00 |

Debtor   **Smith Environmental and Engineering, Inc.**                    Case number *(If known)*   _____
        Name

    **lockers, water cooler, trash cans**
    **paper shredder, corkboards, TV, scanner,**
    **office plants, coffee machine, small kitchen**
    **appliances.**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                                                          | **$12,000.00** |
    Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No.  Go to Part 9.
  ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2013 F-150 pickup, $8,240.00, 1 FTMF1 CM3DKE28272;**<br>**2015 F-250 Crew Cab 4x4, $28,000.00, 1FT7X2B60FEC35436;**<br>**2016 F-350 4x4 super cab pickup, $34,000.00,1FD8W3HT2GEC26650;**<br>**2016 F-150 4x4 Crew Cab, $20,000.00, 1FTFW1EF7GKF50077;**<br>**2016 Nissan Frontier 4x4 Super cab pickup, $18,000.00,1N6AD0EV1GN788794;**<br>**2017 F-150 4x4 Super Cab pickup, $31,550.00, 1FTEW1EF4HKD45619;**<br>**2018 F 250 by 4 super cab, $34,900.00, 1FT7W2BT5JEB59990;**<br>**2018 Ford Explorer, $16,400.00, 1FM5K8D88JGA35744;**<br>**2018 F-350, $36,000.00, 1FT8W3BT1JED00810; and**<br>**2019 F-350, $38,000.00, 1FT8W3BT0KEC23560.** | $0.00 | Comparable sale | $265,090.00 |

Debtor   **Smith Environmental and Engineering, Inc.**_____   Case number *(If known)*_____
         Name

| | | | | |
|---|---|---|---|---|
| 47.2. | **2009 Dump Trailer, HILB DUM, $3,000.00, 1THABABK491024956; 2013 Wells Cargo Trailer Cargo, $5,000.00, 1WF200D13D4084812; 2014 HHTC Black V-Nose Enc Trl Cargo, $5,000.00, 533TC1429EC234212; 2014 UNVT White Trailer UNVT, $5,000.00, 575200E24E4087632; 2015 24 ft Gooseneck Trailer 2015 PJ, 8,000.00, 4P5FS2523F1226004; 2015 Dun Rite Trailer DUNR Flatbed, $5,000.00, 1D9LT2029FC398671; 2015 PJTM CC2 Trailer PJTM CC2, $5,000.00, 4P5CC2025F1236055; 2017 1000-gallon water tank trailer PRIE, $8,000.00, 1P9BW1728HM652587; 2016 Load Max 40-ft gooseneck trailer LDTL 40F, 8,000.00, 4ZEGH3029G1115495; 2018 Doolittle Cargo Trailer, $6,000.00, 1DGCS1424JM030076; and 2015 Dunrite Trailer, $8,000.00.** | **Unknown** | | **$66,000.00** |
| 47.3. | **2018 Ram 3500** | **Unknown** | **Recent cost** | **$25,832.06** |
| 47.4. | **2022 Ram 3500** | **Unknown** | **Recent cost** | **$36,000.00** |
| 47.5. | **2022 Ram 3500** | **Unknown** | **Recent cost** | **$36,000.00** |
| 47.6. | **2022 Toyota Tacoma** | **Unknown** | **Recent cost** | **$45,421.00** |
| 47.7. | **2022 Yamaha ATV** | **Unknown** | **Recent cost** | **$12,716.00** |
| 47.8. | **2015 Dun Rite Trailer** | **Unknown** | **Recent cost** | **$4,236.00** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor    **Smith Environmental and Engineering, Inc.**                    Case number *(If known)* _____
          <span style="font-size:smaller">Name</span>

**2016 John Deere skid steer TRRI 323-3657.8,
$28,400.00, 1T0323EKCGJ298986;
2014 John Deere tractor TRRI 805 - 2214.9,
$35,000.00, 1LV5085MHDJ643871;
2015 Finn Hydroseeder FINN, $25,000.00,
1F9GS2125ff135858;
2015 John Deere hay thrower FINL WDR,
$9,000.00, 2057;
2015 PERC Machine H&MG COM, $4,000.00,
1H94R0919FT616024
2016 Gehl skid steer RT210, $25,000.00,
GHLRT210D00921093;
2014 Bobcat mini excavator E45 - 1549.8,
$30,000.00, B2VY11098;
36" Silt Fence Plow RT-SFP48, $4,000.00 ;
Land Pride Drill Seeder Orang, $15,000.00,
3P600821106;
2015 PERC H&M 412 RTHL, $4,000.00,
5202600278;
2003 Polaris ATV & weed spraying unit
Sportsman 700, $3,500.00,
4XACN68A13A724954;
2018 Kubota Drill Seeder Red & Black,
$8,000.00, 1304281;
8 - Vehicle Tracking Pads , $6,000.00;
Fence Pro Powered Post Driver Orange,
$1,500.00 ;
2017 PERC Machine H&M 412RT, $4,000.00,
1H94R0917HT616090;
1993 Trencher DITC 350011158 Yellow,
$2,000.00, 3LO623;
2014 JD Farm Loader Att, $950.00,
1POH260XCDC008266;
2017 400 - Tomahawk Traps, $8,000.00;
2021 Jonboat & Motor, $1,500.00;
Straw Cannon white  $1,000.00;
Skidsteer Snowplow Attachment black,
$900.00;
Skidsteer Trencher Attachment black, $500.00;
JD Double Disc Attachment, $400.00; and
JD Tractor Hay Crimper Attachment green,
$400.00, 2 disc plows $500.**                    **Unknown**    **Comparable sale**            **$218,550.00**

**Birchland 8 Ft. Straw Crimper**                    **Unknown**    **Recent cost**                **$11,225.00**

Debtor   **Smith Environmental and Engineering, Inc.**                              Case number *(if known)* _____
            Name

**Green 8' Plow $200.00;**
**Husky Compressor - black $1,000.00;**
**Air Compressor - Makita;**
**Water hoses and trash pump;**
**Chicago Electric Flux Welder $500.00;**
**Distance measuring wheels;**
**2 Magnum Stihl Chainsaws $500.00;**
**DeWalt Generator $250.00;**
**Ryobi Pressure Washer $100.00;**
**Stanley Plate Compactor $150.00;**
**Wacker Jumping Jack $150.00;**
**Narrow Mini Ex Buckets $200.00;**
**Wide Mouth Mini Ex Buckets;**
**Ryobi Table Saw $150.00;**
**Water Tanks and Troughs;**
**3x 300 Gallon Water Troughs-black  $200.00;**
**100 Gallon Water Trough $100.00;**
**500 Gallon Aluminum Water Trough $200.00;**
**3x 350 Gallon White Water Tanks $300.00;**
**250 Gallon White Water Tank $250.00;**
**5x 1,000 gal water tanks - black;**
**Makita Compressor-blue $250.00;**
**4' levels;**
**Skidster attachment - rock picker-black**
**$300.00;**
**Nuts & bolts racks -  3 blue, 1 gray, 2 red;**
**Fire Hydrant Wrench;**
**Come Along Jack;**
**Concrete Nail Gun;**
**Cans of spray marking paint;**
**Orange Traffic Cone - Reg. Size;**
**Orange Traffic Cone - Small;**
**Paint Sprayer Marking Wands;**
**Block and Pully 1;**
**Bolt Cutter;**
**Chainsaw Bag;**
**Chainsaw H Hat & Face Screen; and**
**Circular Saw with Battery.**                         **Unknown**                          **Unknown**

| Debtor | **Smith Environmental and Engineering, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **Circular Saw with Cord** | | | |
| **6' shelves with hydraulic oil, brake oil, motor** | | | |
| **oil, WD-40, DEF, etc.** | | | |
| **Clear tote with 10 electric extension cords** | | | |
| **Grinder on stand** | | | |
| **Tow straps (10) in a clear tote** | | | |
| **5000 watt Briggs & Stratton generator** | | | |
| **Pallet dolly and lift with attachments** | | | |
| **Miscellaneous shovels, rakes, sledge** | | | |
| **hammers, and post pounders** | | | |
| **Transmission Jack (1200 lbs)** | | | |
| **Leaf blowers** | | | |
| **Electric Wrench** | | | |
| **Empty craftsman tool drawer** | | | |
| **Box of coveralls** | | | |
| **White coolers** | | | |
| **Folding chairs (not in comp)** | | | |
| **Boxes of hard hats** | | | |
| **Snow shovels** | | | |
| **Orange Rigid tool box (not in comp)** | | | |
| **Short metal ramps (2)** | | | |
| **Grinder -Small Angle -Dewalt** | | | |
| **Tripod stands (2 small and 2 large)** | | | |
| **Welding masks** | | | |
| **Flagging tape 60 rolls** | | | |
| **Summersible Pump** | | | |
| **Telescoping Ladder - 6ft. Werner** | | | |
| **Tool Bags - Makita** | | | |
| **Tool Box - Orange** | | | |
| **Tree Trimmer and Pole** | | | |
| **Wheel Meter** | | | |
| **Winch - Warn Portable** | | **Unknown** | | **Unknown** |

| | | | |
|---|---|---|---|
| **CST Survey Unit, $1,000.00** | | | |
| **Flow Velocity Meter, $400.00** | | | |
| **Digital Transit Theodlite 1** | | | |
| **Turbidimeter** | | | |
| **Self Contained Breathing Aparatus 1** | | | |
| **Conductance Temp. Meter 1** | | | |
| **Conductivity Meter 1** | | | |
| **Air Monitoring Pumps 8** | | | |
| **Air Pump Regulators for CO2 Tanks 6** | | | |
| **Silicon Half-Mask Respirators 2** | | | |
| **Full Face Respirators 4** | | **$0.00** | | **Unknown** |

Debtor   **Smith Environmental and Engineering, Inc.**
Name

Case number *(If known)* _____

**Chest Freezers-white 3;**
**Weed whackers 6;**
**Yellow locking hazardous chem cabinet 1;**
**Cobra Microtalk  3;**
**Coleman Cooler - On Wheels 2;**
**Backpack Sprayer 10;**
**Live Traps - Skunks 10;**
**Live Traps - Sherman 30;**
**ATV - Polaris 1;**
**ATV - Yamaha  1;**
**ATV Helmets  2;**
**Mettler Scale 1;**
**Water Cooler - 5 Gallon, Orange 5;**
**Water Cooler  - 3 Gallon 2;**
**pH Soil Kit - Dyes 1;**
**Augers - Hand 3;**
**Bottles of 10% HCL 5;**
**Weed Whacker - Troybuilt  2;**
**Soil Sieves, 3X3, 1/8 in. Mesh 1;**
**Soil Grinder 1;**
**Weed Whacker - Troybuilt  2;**
**Floor Fans 4;**
**Ext. Cord Colier - Craftsman  1;**
**Extension Cord - Orange  3;**
**Extension Cord - Yellow 3;**
**Metal work bench 1;**
**Vice on a pipe platform 1;**
**42" fan 1;**
**Vacuum ;1;**
**Folding Tables - 6 ft. 3;**
**Folding Tables - 4 ft 1;**
**50 to 55 gal rubber trash cans on wheels 5;**
**40 gal rubber trash can 1;**
**Aluminum trash can 2;**
**Water hose and hose cart 1;**
**Office chairs 2;**
**4' silver shelving rack 1;**
**6ft shelving set 7;**
**Hanging Scale - 50 lb. 1;**
**Hepa Vacuums 2;**
**Kobalt Tool Box - Black - 2 slide out trays 1;**
**Ladder, Extension - 24ft;**
**Ladder - 6ft;**
**Leaf Blower - Elite;**
**Lufkin Measuring Tape - 100 ft.;**
**Lufkin Measuring Tape - 300 ft.;**
**Extension Pole - 30 ft. 2;**
**Extension Pole - 25 ft. 1;**
**Midland Xtra Talk 2;**
**Mity Vac II 1;**
**Motorola (New) 5;**
**Mototrola (Old) 1**                              **$0.00**                                    **Unknown**

| Debtor | **Smith Environmental and Engineering, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Light - Battery Powered Makita 1;**
**Garden Hose and Carrier  1;**
**Shrub loppers 3;**
**Pick Up Tow Bar 1;**
**Pipe Wrench - Large 1;**
**Posthole Digger 1;**
**Power Drill - Milwaukee 1;**
**Power Drill w/Battery - Makita 1;**
**Propane Torch 1;**
**Purge Saver 1;**
**Radios - Motorolla, Chargers 5;**
**Sawsall - Makita 1;**
**Sawsall - Milwaukee 1;**
**Hand Trucks 2;**
**Handyman Jack 1;**
**Charger (1 Cradle)  1;**
**Chargers (2 Prong)  2;**
**Silver Kenmore refrigerator 1;**
**White boards 2;**
**Dolly 2;**
**Tan filing cabinet 1;**
**Black filing cabinet 1;**
**Plastic filing cabinet 1;**
**Fire extinguishers  5;**
**Tow hitch balls  3;**
**Step stool 1;**
**Portable swamp cooler 1;**
**Broom 2;**
**Socket Set - Husky  1;**

| | | | |
|---|---|---|---|
| **Wrecker Bar 3** | **$0.00** | | **Unknown** |
| **(2) RC 412RT Rodent Control Compressors** | **Unknown** | | **$14,000.00** |
| **(2) 2024 Jackrabbit Co-Jacks S/N 541, 452** | **Unknown** | | **$30,000.00** |
| **2020 Art's Way Top Spreader 864** | **Unknown** | | **$1,000.00** |

| 51. | **Total of Part 8.** | | **$766,070.06** |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

Debtor   **Smith Environmental and Engineering, Inc.**                 Case number *(If known)* _____
_____
Name

☐ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Smith Environmental and Engineering, Inc.**                    Case number *(If known)* _____
          <sub>Name</sub>

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $123,953.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $14,600.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $557,778.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $12,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $766,070.06 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,486,401.24 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,486,401.24 |

**Fill in this information to identify the case:**

Debtor name    **Smith Environmental and Engineering, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**   **Ascentium Capital, LLC**
Creditor's Name

**PO Box 301593**
**Dallas, TX 75303**
Creditor's mailing address

**service@ascentiumcapital.com**
Creditor's email address, if known

**Date debt was incurred**
**5/24/2022**
**Last 4 digits of account number**
**9139**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Birchland 8 Ft. Straw Crimper**

Describe the lien
**Purchase money**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,100.31**      **$11,225.00**

**2.2**   **Ascentium Capital, LLC**
Creditor's Name

**PO Box 301593**
**Dallas, TX 75303**
Creditor's mailing address

**service@ascentiumcapital.com**
Creditor's email address, if known

**Date debt was incurred**
**9/13/2022**
**Last 4 digits of account number**
**1422**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2022 Yamaha ATV**

Describe the lien
**Purchase money**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$10,826.00**      **$12,716.00**

Debtor  **Smith Environmental and Engineering, Inc.**                    Case number (if known) _____
        Name

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ascentium Capital, LLC** | Describe debtor's property that is subject to a lien | $18,203.51 | $14,000.00 |

Creditor's Name

**PO Box 301593
Dallas, TX 75303**

Creditor's mailing address

**service@ascentiumcapital.com**

Creditor's email address, if known

**Date debt was incurred
9/13/2022**

**Last 4 digits of account number
8163**

Do multiple creditors have an
interest in the same property?

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**(2) RC 412RT Rodent Control Compressors**

Describe the lien
**PUrchase money**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ascentium Capital, LLC** | Describe debtor's property that is subject to a lien | $25,037.60 | $45,421.00 |

Creditor's Name

**PO Box 301593
Dallas, TX 75303**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
1338**

Do multiple creditors have an
interest in the same property?

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**2022 Toyota Tacoma**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ascentium Capital, LLC** | Describe debtor's property that is subject to a lien | $9,357.90 | $36,000.00 |

Creditor's Name

**PO Box 301593
Dallas, TX 75303**

Creditor's mailing address

**2022 Ram 3500**

Describe the lien

Is the creditor an insider or related party?
☑ No

---

Debtor   **Smith Environmental and Engineering, Inc.**                          Case number (if known) _____
_____
Name

Creditor's email address, if known
_____

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Ascentium Capital, LLC** | | **Describe debtor's property that is subject to a lien** | $9,357.90 | $36,000.00 |

Creditor's Name

**PO Box 301593**
**Dallas, TX 75303**

Creditor's mailing address

**2022 Ram 3500**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Ascentium Capital, LLC** | | **Describe debtor's property that is subject to a lien** | $9,357.90 | $25,832.06 |

Creditor's Name

**PO Box 301593**
**Dallas, TX 75303**

Creditor's mailing address

**2018 Ram 3500**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Financial Pacific Leasing** | **Describe debtor's property that is subject to a lien** | $2,920.85 | $1,000.00 |

---

Debtor    **Smith Environmental and Engineering, Inc.**                    Case number (if known) _____
                Name

| Creditor's Name | |
|---|---|
| **PO Box 749642** | **2020 Art's Way Top Spreader 864** |
| **Los Angeles, CA** | |
| **90074-9642** | |
| Creditor's mailing address | **Describe the lien** |
| | **Purchase money** |
| | Is the creditor an insider or related party? |
| **service@finpac.com** | ■ No |
| | ☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim? |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **4/1/2020** | |
| **Last 4 digits of account number** | |
| **0401** | |
| Do multiple creditors have an interest in the same property? | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

| 2.9 | **Jules and Associates** | Describe debtor's property that is subject to a lien | $42,888.56 | $30,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **(2) 2024 Jackrabbit Co-Jacks S/N 541, 452** | | |

| | |
|---|---|
| **515 S. Figueroa St.** | |
| **Suite 1950** | |
| **Los Angeles, CA 90071** | |
| Creditor's mailing address | **Describe the lien** |
| | **Purchase money** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| **4/1/2024** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **3825** | |
| Do multiple creditors have an interest in the same property? | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $129,050.53

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name __**Smith Environmental and Engineering, Inc.**__

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,282.14 | $19,282.14 |
| **Colorado Department of Labor and Employm Employer Services, PO Box 8789 Denver, CO 80201** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred **2023-2024** | Basis for the claim: | | |
| Last 4 digits of account number **0521** | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $482,441.92 | $482,441.92 |
| **Colorado Department of Revenue Attn: Bankruptcy 1881 Pierce St. Rm. 104 Denver, CO 80214** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred **2019-2022** | Basis for the claim: | | |
| Last 4 digits of account number **1818** | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | **Smith Environmental and Engineering, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $581,634.56 | $581,634.56 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 9941**
**Ogden, UT 84409**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020-2023**

Basis for the claim:

Last 4 digits of account number **8879**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,787.00 |
|---|---|---|---|

**A & B Cultural Consultants, LLC**
**1608 Sunset Drive**
**Louisville, CO 80027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**A Squared Instruments and Controls**
**4420 Rocksbury Lane**
**Johnstown, CO 80534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,760.97 |
|---|---|---|---|

**A1 Organics**
**16350 WCR 76**
**Eaton, CO 80615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,800.00 |
|---|---|---|---|

**AK Pioneer Consulting LLC**
**1768 Bluebird Dr.**
**Bailey, CO 80421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.34 |
|---|---|---|---|

**All Copy Products, Inc.**
**4141 Colorado Blvd**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor     **Smith Environmental and Engineering, Inc.**                              Case number (if known) _____

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,815.00 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**All-Phase Environmental Consultants, Inc**
**721 W. 9th Street**
**Pueblo, CO 81003**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.31 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Aquatic and Wetland Nursery, LLC**
** 9999 Weld County Road 25**
**Fort Lupton, CO 80621**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,430.22 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Arbor Valley**
**18539 WCR 4**
**Brighton, CO 80603**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,630.42 |
|-----|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**BFI - Tower Landfill**
**P.O. Box 677839**
**Dallas, TX 75267**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $884.45 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Black Hills Energy**
**PO Box 6001**
**Rapid City, SD 57709**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  9863

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,087.72 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Bowman Construction Supply, Inc.**
**6620 NW Toni Drive**
**Des Moines, IA 50313**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,965.12 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**BRIC, LLC**
** 8840 E Chaparral Road, Ste 145**
**Scottsdale, AZ 85250**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Smith Environmental and Engineering, Inc.**                          Case number (if known) _____

Name

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$444,090.69**

**Byron Chrisman Trust**
6909 S. Eaton St.
Littleton, CO 80128

Date(s) debt was incurred  **7/15/2022**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | **$465.00**

**Central Weld County Water District**
2235 2nd Ave.
Greeley, CO 80631

Date(s) debt was incurred  __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | **$179.12**

**Century Link**
PO Box 91155
Seattle, WA 98111

Date(s) debt was incurred  __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | **$35,706.00**

**Chase**
PO Box 6294
Carol Stream, IL 60197

Date(s) debt was incurred  __

Last 4 digits of account number  **9010**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | **$6,280.29**

**Cintas Fire Protection**
P.O. Box 636525
Cincinnati, OH 45263

Date(s) debt was incurred  __

Last 4 digits of account number  **7219**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | **$27,500.00**

**City & County of Denver**
201 West Colfax Ave Dept 605
Denver, CO 80202

Date(s) debt was incurred  __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | **$126.46**

**City of Dacono**
512 Cherry Ave Bldg A
Dacono, CO 80514

Date(s) debt was incurred  __

Last 4 digits of account number  **2882**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Smith Environmental and Engineering, Inc.**　　　　　　Case number (*if known*)　＿＿＿＿＿＿＿＿＿＿

Name

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,209.86 |
|---|---|---|---|

**Clean Harbors**
PO Box 734867
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  0200

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159.95 |
|---|---|---|---|

**Colorado Backflow Testing & Repair, Inc.**
PO Box 270070
Louisville, CO 80027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Colorado Divison of Water Resources**
1313 Sherman St, Ste 821
Denver, CO 80203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,767.98 |
|---|---|---|---|

**Comcast**
 P.O. Box 37601
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1757

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,439.79 |
|---|---|---|---|

**Comcast**
 P.O. Box 37601
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  3754

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.00 |
|---|---|---|---|

**Concentra**
PO BOX 9008
Broomfield, CO 80021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,468.18 |
|---|---|---|---|

**CPS Distributors, Inc.**
PO Box 841382
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Smith Environmental and Engineering, Inc.**　　　　　　　　　　Case number (if known)　_____
　　　　　Name

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.27  Creditors Relief**
333 Sylvan Ave, Suite 105
Englewood Cliffs, NJ 07632

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No　☐ Yes

**$28,774.79**

---

**3.28  Custom Contract Elevator Solutions, LLC**
12787 Espera Way
Parker, CO 80134

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No　☐ Yes

**$1,300.00**

---

**3.29  DLL Financial Solutions Partner**
PO Box 41602
Philadelphia, PA 19101

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No　☐ Yes

**$1,824.94**

---

**3.30  Elevation Diagnostics**
2115 N Scranton St Suite 3040A
Aurora, CO 80045

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No　☐ Yes

**$9,600.00**

---

**3.31  Enclosure Surveying**
P.O. Box 4552
Jackson, WY 83001

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No　☐ Yes

**$16,800.00**

---

**3.32  ERIS Information Inc**
266 Elmwood Ave P.O. Box 930
Buffalo, NY 14222

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No　☐ Yes

**$339.57**

---

**3.33  Eurofins Reservoirs Environmental, Inc.**
5801 Logan Street, Suite 100
Denver, CO 80216

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No　☐ Yes

**$5,775.00**

---

Debtor   **Smith Environmental and Engineering, Inc.**
_____
Name

Case number (if known) _____

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Examinetics**
PO Box 7410675
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,772.85 |
|---|---|---|---|

**Ferguson Waterworks #1116**
PO Box 802817
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8960**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,600.00 |
|---|---|---|---|

**Flores Landviews**
126 E Saint Clair Ave
Longmont, CO 80504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,050.74 |
|---|---|---|---|

**Fundbox**
300 Montgomery St. Ste 900
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/13/24-12/26/24**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.00 |
|---|---|---|---|

**G R Sprinkler Systems LLC**
5135 Mt Arapahoe Cir
Frederick, CO 80503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.59 |
|---|---|---|---|

**General Air Service & Supply**
1105 Zuni Street
Denver, CO 80204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $587.57 |
|---|---|---|---|

**Geotech**
2650 East 40th
Denver, CO 80205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Smith Environmental and Engineering, Inc.**
_____
Name

Case number (*if known*) _____

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,065.48 |
|---|---|---|---|

**Grainger**
**P.O. Box 419267**
**Kansas City, MO 64141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,412.06 |
|---|---|---|---|

**Grease Monkey**
**PO Box 620130**
**Middleton, WI 53562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,500.00 |
|---|---|---|---|

**Hanson & CO.**
**4100 E Mississippi Ave, 17th Floor**
**Denver, CO 80246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.27 |
|---|---|---|---|

**Herc Rentals Inc.**
**P.O Box 936257**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,185.00 |
|---|---|---|---|

**Holmes Murphy**
**P.O. Box 8364**
**Des Moines, IA 50301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,010.00 |
|---|---|---|---|

**Home Depot**
**PO Box 790420**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4909**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,412.05 |
|---|---|---|---|

**Integris**
**410 N St Francis**
**Wichita, KS 67202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Smith Environmental and Engineering, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.48** | Nonpriority creditor's name and mailing address
Kaiser Permanente
PO Box 711697
Denver, CO 80271

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,391.95**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address
Korby Sod
2406 E County Rd 60
Wellington, CO 80549

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$862.20**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address
LA Testing
200 Route 130 North
North Cinnaminson, NJ 08077

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,050.00**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address
Lancia and Peter Smith
13965 Herring Road
Colorado Springs, CO 80908

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$450,000.00**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address
Light Box

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$350.00**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address
Martin Marietta Materials
PO Box 677061
Dallas, TX 75267

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,373.91**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address
Mobile Heavy Equipment & Truck Repair
1105 Alpine Court
Windsor, CO 80550

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$15,600.67**

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __Smith Environmental and Engineering, Inc.__                Case number (if known) _____
      Name

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212,645.50 |
|---|---|---|---|

Mulligan Funding, LLC
4715 Viewridge Avenue
Suite 100
San Diego, CA 92123

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  4/2024

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,636.32 |
|---|---|---|---|

Otis Elevator Company
PO Box 730400
Dallas, TX 75373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,125.00 |
|---|---|---|---|

Overton Funding
2802 North 29th Ave.
Hollywood, FL 33020

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  6/2024

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,916.41 |
|---|---|---|---|

Performance Equipment
P.O. Box 192
Fort Lupton, CO 80621

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,326.08 |
|---|---|---|---|

Pioneer (Site One)
630 Plaza Drive, Ste 150
Littleton, CO 80129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  4751

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,109.61 |
|---|---|---|---|

Principal Life Ins Company
PO Box 10333
Des Moines, IA 50306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.40 |
|---|---|---|---|

RAECO RENTS, LLC
4340 Grove Ave
Gurnee, IL 60031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Smith Environmental and Engineering, Inc.**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$881.70** |

**Rifle Creek Stone, Inc**
**P.O. Box 1877**
**Rifle, CO 81650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$4,006.03** |

**RMG - Rocky Mountain Group**
**PO Box 50917**
**Colorado Springs, CO 80949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$32,644.08** |

**SGS North America, Inc.**
**PO Box 2506**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$22,063.95** |

**SiteOne Landscape Supply, LLC**
**24110 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5003**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$2,749.09** |

**Staples**
**PO Box 660409**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$5,850.67** |

**State Auto Insurance Companies**
**518 E. Broad St.**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **407C**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$70.00** |

**State of Colorado - Dept of Public Heal**t**h**
**4300 Cherry Creek Drive South ASD-AR-B1**
**Denver, CO 80246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Smith Environmental and Engineering, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,739.00**

**Summit Scientific**
**4653 Table Mountain Dr.**
**Golden, CO 80403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,124.00**

**The Davey Tree Expert Company**
**PO Box 773222**
**Detroit, MI 48277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$260.00**

**Trident Fire & Security**
**P.O. Box 826**
**Longmont, CO 80502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$474.02**

**TruDiligence, LLC**
**3190 South Wadsworth Blvd Ste. 260**
**Lakewood, CO 80227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,410.30**

**Twin Peaks Diesel**
**4750 York St**
**Dacono, CO 80514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$578.12**

**United Power**
**PO Box 173703**
**Denver, CO 80217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2402**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,011.00**

**Vine Laboraties, Inc.**
**703 Salida Way**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Smith Environmental and Engineering, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $730.15 |
|---|---|---|---|
| | Wagner Rents<br>PO Box 919000<br>Denver, CO 80291 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.94 |
|---|---|---|---|
| | Waste Connections of Colorado, Inc.<br>6500 Franklin St<br>Denver, CO 80216 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  4001 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.09 |
|---|---|---|---|
| | Weld County Clerk & Recorder<br>1402 N 17th Ave<br>Greeley, CO 80631 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,875.00 |
|---|---|---|---|
| | Wendell Rahorst, Inc<br>4946 S. Miller Way<br>Littleton, CO 80127 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,695.00 |
|---|---|---|---|
| | WEX Bank<br>P.O. Box 6293<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  3818 | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 1,083,358.62 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,763,193.97 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,846,552.59 |

**Fill in this information to identify the case:**

Debtor name   **Smith Environmental and Engineering, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    **Copier/Printer Lease** | |
| State the term remaining   **6/30/2025** | **De Lage Landen Financial Services, Inc.** <br> **PO Box 41602** <br> **Philadelphia, PA 19101** |
| List the contract number of any government contract _____ | |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Smith Environmental and Engineering, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**    Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | **Lancia Smith** | **13965 Herring Road**<br>**Colorado Springs, CO 80908** | **Chase** | ☐ D _____<br>☑ E/F _**3.16**_<br>☐ G _____ |
| 2.2 | **Lancia Smith** | **13965 Herring Road**<br>**Colorado Springs, CO 80908** | **Internal Revenue Service** | ☐ D _____<br>☑ E/F _**2.3**_<br>☐ G _____ |
| 2.3 | **Lancia Smith** | **13965 Herring Road**<br>**Colorado Springs, CO 80908** | **Colorado Department of Revenue** | ☐ D _____<br>☑ E/F _**2.2**_<br>☐ G _____ |
| 2.4 | **Lancia Smith** | **13965 Herring Road**<br>**Colorado Springs, CO 80908** | **Byron Chrisman Trust** | ☐ D _____<br>☑ E/F _**3.13**_<br>☐ G _____ |
| 2.5 | **Lancia Smith** | **13965 Herring Road**<br>**Colorado Springs, CO 80908** | **Fundbox** | ☐ D _____<br>☑ E/F _**3.37**_<br>☐ G _____ |

Debtor   **Smith Environmental and Engineering, Inc.**                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| 2.6 | **Lancia Smith** | **13965 Herring Road**<br>**Colorado Springs, CO 80908** | **Mulligan Funding,**<br>**LLC** | ☐ D _____<br>■ E/F __3.55__<br>☐ G _____ |
|-----|------------------|---------------------------|------------------------|-----|
| 2.7 | **Lancia Smith** | **13965 Herring Road**<br>**Colorado Springs, CO 80908** | **Overton Funding** | ☐ D _____<br>■ E/F __3.57__<br>☐ G _____ |
| 2.8 | **Lancia Smith** | **13965 Herring Road**<br>**Colorado Springs, CO 80908** | **Creditors Relief** | ☐ D _____<br>■ E/F __3.27__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Smith Environmental and Engineering, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$238,832.00** |
| **For prior year:** From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$4,326,584.00** |
| **For year before that:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$4,032,193.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- |

Debtor __Smith Environmental and Engineering, Inc.__     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Arbor Valley** **18539 WCR 4** **Brighton, CO 80603** | **12/06/2024-1/ 17/2025** | **$10,680.00** | ☐ Secured debt ☐ Unsecured loan repayments ☒ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Ascentium Capital, LLC** **PO Box 301593** **Dallas, TX 75303** | **11/26/2024-2/ 20/2025** | **$15,097.11** | ☒ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **Bowman Construction Supply, Inc** **6620 NW Toni Drive** **Des Moines, IA 50313** | **12/06/2024-1/ 14/2025** | **$36,080.95** | ☐ Secured debt ☐ Unsecured loan repayments ☒ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **Byron Chrisman Trust** **6909 S. Eaton St.** **Littleton, CO 80128** | **11/26/2024** | **$14,000.00** | ☐ Secured debt ☒ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **Chase** **PO Box 6294** **Carol Stream, IL 60197** | **11/25/2024-1/ 24/2025** | **$60,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☒ Suppliers or vendors ☐ Services ☒ Other__Credit Card Payments__ |
| 3.6. **CPS Distributors, Inc.** **PO Box 841382** **Dallas, TX 75284** | **1/17/2025** | **$8,905.78** | ☐ Secured debt ☐ Unsecured loan repayments ☒ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. **Creditors Relief, LLC** **333 Sylvan Ave, Suite 105** **Englewood Cliffs, NJ 07632** | **11/29/2024-0 2/21/2025** | **$19,299.93** | ☐ Secured debt ☒ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.8. **Ferguson Waterworks #1116** **PO Box 802817** **Chicago, IL 60680** | **02/03/2025** | **$28,805.24** | ☐ Secured debt ☐ Unsecured loan repayments ☒ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor   **Smith Environmental and Engineering, Inc.**                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Fundbox**<br>**300 Montgomery St. Ste 900**<br>**San Francisco, CA 94104** | **11/29/2024-0<br>2/20/2025** | **$56,555.63** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Line of Credit Payments** |
| 3.10. **Ground Penetrating Radar Systems<br>LLC**<br>**P.O. Box 932**<br>**Toledo, OH 43697** | **02/05/2025** | **$12,450.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Subcontractor** |
| 3.11. **Hudspeth & Associates, Inc.**<br>**6790 S Dawson Circle**<br>**Englewood, CO 80112** | **2/14/2025** | **$326,502.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Subcontractor** |
| 3.12. **Integris**<br>**410 N St Francis**<br>**Wichita, KS 67202** | **11/29/2024-2/<br>21/2025** | **$16,636.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **IT** |
| 3.13. **Intera Incorporated**<br>**9600 Great Hills Trail, Ste 300 W**<br>**Austin, TX 78759** | **12/11/2024** | **$21,451.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Subcontractor** |
| 3.14. **Mulligan Funding** | **11/26/2024-0<br>2/18/2025** | **$15,600.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **North Slope, LLC**<br>**2356 S. Monroe St.**<br>**Denver, CO 80210** | **12/03/2024-0<br>2/06/2025** | **$67,678.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.16. **Pioneer (Site One)**<br>**630 Plaza Drive, Ste 150**<br>**Highlands Ranch, CO 80129** | **1/16/2025** | **$14,020.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Smith Environmental and Engineering, Inc.**                     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. **SiteOne Landscape Supply**<br>**24110 Network Place**<br>**Chicago, IL 60673** | **1/30/2025** | **$16,999.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **Kaiser Permanente**<br>**PO Box 711697**<br>**Denver, CO 80271** | **12/26/2024-0<br>2/01/2025** | **$18,160.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **State Auto Insurance Companies**<br>**518 E. Broad St.**<br>**Columbus, OH 43215** | **12/14/2024-0<br>2/19/2025** | **$16,807.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. **WEX Bank**<br>**P.O. Box 6293**<br>**Carol Stream, IL 60197** | **11/25/2024-0<br>1/24/2025** | **$23,931.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit Card Payments** |
| 3.21. **IPFS Corporation**<br>**24722 Network Place**<br>**Chicago, IL 60673** | **12/23/2024-0<br>2/24/2025** | **$25,361.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **Colorado Department of Revenue**<br>**Tax Audit Compliance Div.**<br>**1881 Pierce St. Room 104**<br>**Denver, CO 80214** | **1/2/25<br>1/3/25** | **$31,185.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Tax** |
| 3.23. **Home Depot Credit Services**<br>**PO Box 790328**<br>**Saint Louis, MO 63179** | **12/24; 1/25;<br>and 2/25** | **$18,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Credit Card Payments** |
| 3.24. **Overton Funding**<br>**2802 N. 29th Ave.**<br>**Hollywood, FL 33020** | **Weekly from<br>Creditor's<br>Relief** | **$1,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **MCA** |

Debtor **Smith Environmental and Engineering, Inc.**                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.25. | **Vine Laboraties, Inc.**<br>**703 Salida Way**<br>**Aurora, CO 80011** | **2/28/25** | **$11,011.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Peter and Lancia Smith**<br>**13965 Herring Rd.**<br>**Colorado Springs, CO 80908**<br>**President and Vice President** | **Various**<br>**times in 2024** | **$6,324.58** | **Payment on $450,000.00 loan** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Colorado Department of Revenue**<br>**Tax Audit Compliance Div.**<br>**1881 Pierce St. Room 104**<br>**Denver, CO 80214** | **Vendor Offset - Invoice to Colorado Dept. of Natural Resources**<br>Last 4 digits of account number: _____ | **December 2024**<br>**February 2025** | **$17,848.80** |
| **Colorado Department of Revenue**<br>**Tax Audit Compliance Div.**<br>**1881 Pierce St. Room 104**<br>**Denver, CO 80214** | **Vendor Offset - Invoice to Colorado Dept. of Transportation**<br>Last 4 digits of account number: _____ | **February 2025** | **$6,269.50** |
| **Colorado Department of Revenue**<br>**Tax Audit Compliance Div.**<br>**1881 Pierce St. Room 104**<br>**Denver, CO 80214** | **Vendor Offset - Invoice to HIstory Colorado**<br>Last 4 digits of account number: _____ | **November 2024** | **$1,296.00** |

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    **Smith Environmental and Engineering, Inc.**                    Case number *(if known)*

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Denver Water v. Smith Environmental and Engineering (Debtor) 2021CV30831** | **Civil** | **Denver County District Court 2 E. 14th Ave. Denver, CO 80203** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Brown & Caldwell v. Smith Environmental and Engineering, Inc. 2023CA1037 & 2023CA1038** | **Appeal** | **Colorado Court of Appeals 2 East 14th Ave. Denver, CO 80203** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.3. **Mulligan Funding, LLC v. Smith Environmental and Engineering, Inc. et al. 240907691** | **Civil** | **Salt Lake County Third Judicial Dist. UT** | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **Smith Environmental and Engineering, Inc.**    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Wadsworth Garber Warner Conrardy PC 2580 W. Main Street Suite 200 Littleton, CO 80120** | | **2/17/2025** | **$25,000.00** |
| | Email or website address **wgwc-law.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

   ◼ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ◼ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ◼ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ◼ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor   __Smith Environmental and Engineering, Inc.__   Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

  ■ No Go to Part 10.
  ☐ Yes. Fill in below:

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Sunflower Bank**<br>**PO Box 833890**<br>**Richardson, TX 75083-3890** | **XXXX-** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2024** | **$3.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

Debtor   **Smith Environmental and Engineering, Inc.**                    Case number *(if known)* _____

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.
☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Construction Yard 250 Perry Lane Dacono, CO 80514 | Colorado Dept. of Pub. Health and Envir. 4300 Cherry Creek Drive South Denver, CO 80246 | Asbestos release.  After cleanup, Debtor received a No Further Action (NFA) Determination letter from the CDPHE in 2019. | 2018 |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Stacey Haskell 250 Perry Lane Dacono, CO** | **10/5/21 - Present** |

Debtor    **Smith Environmental and Engineering, Inc.**                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.2.  **Hanson and Company CPAs**<br>**4100 E. Mississippi Ave.**<br>**17th Floor**<br>**Denver, CO 80246** | **2017-2023** |
| 26a.3.  **Messari Group Ltd (CPAs)**<br>**1180 Village Ridge Point**<br>**Suite B**<br>**Monument, CO 80132** | **2024 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Stacey Haskell**<br>**250 Perry Lane**<br>**Dacono, CO** | |
| 26c.2.  **Messari Group Ltd (CPAs)**<br>**4100 E. Mississippi Ave.**<br>**17th Floor**<br>**Monument, CO 80132** | |
| 26c.3.  **Hanson and Company CPAs**<br>**4100 E. Mississippi Ave.**<br>**17th Floor**<br>**Denver, CO 80246** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **City of Colorado Springs**<br>**30 S Nevada Ave Ste 125**<br>**Colorado Springs, CO 80903** |
| 26d.2.  **Aerotropolis Area Coord. Metro Dist.**<br>**AECOM, Inc.**<br>**7595 Technology Way, Ste. 200**<br>**Denver, CO 80237** |
| 26d.3.  **Jefferson County**<br>**700 Jefferson County Parkway**<br>**Suite 100**<br>**Golden, CO** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor   **Smith Environmental and Engineering, Inc.**                              Case number *(if known)*

| | | | |
|---|---|---|---|
| 27.1. | **Name of the person who supervised the taking of the inventory**<br>**Peter Smith** | **Date of inventory**<br>**Fall 2024** | **The dollar amount and basis (cost, market, or other basis) of each inventory**<br>**Approx. $500,000** |
| | **Name and address of the person who has possession of inventory records**<br>**Smith Environmental and Engineering**<br>**250 Perry Ln.**<br>**Dacono, CO** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lancia Smith | 13965 Herring Rd.<br>Colorado Springs, CO 80908 | President and Treasurer | 60% or 900 shares of common stock |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Peter Smith | 13965 Herring Rd.<br>Colorado Springs, CO 80908 | Vice President and Secretary | 40% or 600 shares of common stock |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Lancia Smith**<br>**13965 Herring Rd.**<br>**Colorado Springs, CO 80908** | **$113,152** | **Weekly** | **Annual Salary** |
| | **Relationship to debtor**<br>**President** | | | |
| 30.2. | **Peter Smith**<br>**13965 Herring Rd.**<br>**Colorado Springs, CO 80908** | **$96,096** | **Weekly** | **Annual Salary** |
| | **Relationship to debtor**<br>**Vice President** | | | |

Debtor   **Smith Environmental and Engineering, Inc.**                Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Peter and Lancia Smith**<br>**13965 Herring Rd.**<br>**Colorado Springs, CO 80908** | **$6,324.58** | **Various in 2024** | **Payments on $910,683.00 Loan** |
| | Relationship to debtor<br>**President, Vice President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**February 28, 2025**__

__**/s/ Peter L. Smith**__                        __**Peter L. Smith**__
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor   **Vice President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

## United States Bankruptcy Court
### District of Colorado

In re   **Smith Environmental and Engineering, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 28, 2025**

Signature   **/s/ Peter L. Smith**

**Peter L. Smith**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Colorado**

In re   **Smith Environmental and Engineering, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 28, 2025**          **/s/ Peter L. Smith**

**Peter L. Smith**/**Vice President**
Signer/Title

A & B Cultural Consultants, LLC
1608 Sunset Drive
Louisville, CO 80027


A Squared Instruments and Controls
4420 Rocksbury Lane
Johnstown, CO 80534


A1 Organics
16350 WCR 76
Eaton, CO 80615


AK Pioneer Consulting LLC
1768 Bluebird Dr.
Bailey, CO 80421


All Copy Products, Inc.
4141 Colorado Blvd
Denver, CO 80216


All-Phase Environmental Consultants, Inc
721 W. 9th Street
Pueblo, CO 81003


Aquatic and Wetland Nursery, LLC
 9999 Weld County Road 25
Fort Lupton, CO 80621


Arbor Valley
18539 WCR 4
Brighton, CO 80603


Ascentium Capital, LLC
PO Box 301593
Dallas, TX 75303

BFI - Tower Landfill
P.O. Box 677839
Dallas, TX 75267


Black Hills Energy
PO Box 6001
Rapid City, SD 57709


Bowman Construction Supply, Inc.
6620 NW Toni Drive
Des Moines, IA 50313


BRIC, LLC
 8840 E Chaparral Road, Ste 145
Scottsdale, AZ 85250


Byron Chrisman Trust
6909 S. Eaton St.
Littleton, CO 80128


Central Weld County Water District
2235 2nd Ave.
Greeley, CO 80631


Century Link
PO Box 91155
Seattle, WA 98111


Chase
PO Box 6294
Carol Stream, IL 60197


Cintas Fire Protection
P.O. Box 636525
Cincinnati, OH 45263

City & County of Denver
201 West Colfax Ave Dept 605
Denver, CO 80202


City of Dacono
512 Cherry Ave Bldg A
Dacono, CO 80514


Clean Harbors
PO Box 734867
Dallas, TX 75373


Colorado Backflow Testing & Repair, Inc.
PO Box 270070
Louisville, CO 80027


Colorado Department of Labor and Employm
Employer Services,
PO Box 8789
Denver, CO 80201


Colorado Department of Revenue
Attn Bankruptcy
1881 Pierce St. Rm. 104
Denver, CO 80214


Colorado Divison of Water Resources
1313 Sherman St, Ste 821
Denver, CO 80203


Comcast
 P.O. Box 37601
Philadelphia, PA 19101


Concentra
PO BOX 9008
Broomfield, CO 80021

CPS Distributors, Inc.
PO Box 841382
Dallas, TX 75284


Creditors Relief
333 Sylvan Ave, Suite 105
Englewood Cliffs, NJ 07632


Custom Contract Elevator Solutions, LLC
12787 Espera Way
Parker, CO 80134


De Lage Landen Financial Services, Inc.
PO Box 41602
Philadelphia, PA 19101


DLL Financial Solutions Partner
PO Box 41602
Philadelphia, PA 19101


Elevation Diagnostics
2115 N Scranton St Suite 3040A
Aurora, CO 80045


Enclosure Surveying
P.O. Box 4552
Jackson, WY 83001


ERIS Information Inc
266 Elmwood Ave P.O. Box 930
Buffalo, NY 14222


Eurofins Reservoirs Environmental, Inc.
5801 Logan Street, Suite 100
Denver, CO 80216

Examinetics
PO Box 7410675
Chicago, IL 60674


Ferguson Waterworks #1116
PO Box 802817
Chicago, IL 60680


Financial Pacific Leasing
PO Box 749642
Los Angeles, CA 90074-9642


Flores Landviews
126 E Saint Clair Ave
Longmont, CO 80504


Fundbox
300 Montgomery St. Ste 900
San Francisco, CA 94104


G R Sprinkler Systems LLC
5135 Mt Arapahoe Cir
Frederick, CO 80503


General Air Service & Supply
1105 Zuni Street
Denver, CO 80204


Geotech
2650 East 40th
Denver, CO 80205


Grainger
P.O. Box 419267
Kansas City, MO 64141

Grease Monkey
PO Box 620130
Middleton, WI 53562


Hanson & CO.
4100 E Mississippi Ave, 17th Floor
Denver, CO 80246


Herc Rentals Inc.
 P.O Box 936257
Atlanta, GA 31193


Holmes Murphy
P.O. Box 8364
Des Moines, IA 50301


Home Depot
PO Box 790420
Saint Louis, MO 63179


Integris
410 N St Francis
Wichita, KS 67202


Internal Revenue Service
PO Box 9941
Ogden, UT 84409


Jules and Associates
515 S. Figueroa St.
Suite 1950
Los Angeles, CA 90071


Kaiser Permanente
PO Box 711697
Denver, CO 80271

Korby Sod
2406 E County Rd 60
Wellington, CO 80549


LA Testing
200 Route 130 North
North Cinnaminson, NJ 08077


Lancia and Peter Smith
13965 Herring Road
Colorado Springs, CO 80908


Lancia Smith
13965 Herring Road
Colorado Springs, CO 80908


Light Box


Martin Marietta Materials
PO Box 677061
Dallas, TX 75267


Mobile Heavy Equipment & Truck Repair
1105 Alpine Court
Windsor, CO 80550


Mulligan Funding, LLC
4715 Viewridge Avenue
Suite 100
San Diego, CA 92123


Otis Elevator Company
PO Box 730400
Dallas, TX 75373

Overton Funding
2802 North 29th Ave.
Hollywood, FL 33020


Performance Equipment
P.O. Box 192
Fort Lupton, CO 80621


Pioneer  Site One
630 Plaza Drive, Ste 150
Littleton, CO 80129


Principal Life Ins Company
PO Box 10333
Des Moines, IA 50306


RAECO RENTS, LLC
4340 Grove Ave
Gurnee, IL 60031


Rifle Creek Stone, Inc
P.O. Box 1877
Rifle, CO 81650


RMG - Rocky Mountain Group
 PO Box 50917
Colorado Springs, CO 80949


SGS North America, Inc.
 PO Box 2506
Carol Stream, IL 60132


SiteOne Landscape Supply, LLC
24110 Network Place
Chicago, IL 60673

Staples
 PO Box 660409
Dallas, TX 75266


State Auto Insurance Companies
 518 E. Broad St.
Columbus, OH 43215


State of Colorado - Dept of Public Healt
4300 Cherry Creek Drive South ASD-AR-B1
Denver, CO 80246


Summit Scientific
4653 Table Mountain Dr.
Golden, CO 80403


The Davey Tree Expert Company
PO Box 773222
Detroit, MI 48277


Trident Fire & Security
P.O. Box 826
Longmont, CO 80502


TruDiligence, LLC
3190 South Wadsworth Blvd Ste. 260
Lakewood, CO 80227


Twin Peaks Diesel
4750 York St
Dacono, CO 80514


United Power
PO Box 173703
Denver, CO 80217

Vine Laboraties, Inc.
703 Salida Way
Aurora, CO 80011


Wagner Rents
PO Box 919000
Denver, CO 80291


Waste Connections of Colorado, Inc.
6500 Franklin St
Denver, CO 80216


Weld County Clerk & Recorder
1402 N 17th Ave
Greeley, CO 80631


Wendell Rahorst, Inc
4946 S. Miller Way
Littleton, CO 80127


WEX Bank
P.O. Box 6293
Carol Stream, IL 60197