**Fill in this information to identify the case:**

Debtor name: **Smith Environmental and Engineering, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known): **25-11042**

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | **Total claim** | **Priority amount** |
|-----|-----|-----------------|---------------------|

**2.1**  Priority creditor's name and mailing address
**Colorado Department of Labor and Employm**
**Employer Services,**
**PO Box 8789**
**Denver, CO 80201**

Date or dates debt was incurred
**2023-2024**

Last 4 digits of account number **0521**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

As of the petition filing date, the claim is:
*Check all that apply*.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Total claim: **$19,282.14**     Priority amount: **$19,282.14**

---

**2.2**  Priority creditor's name and mailing address
**Colorado Department of Revenue**
**Attn: Bankruptcy**
**1881 Pierce St. Rm. 104**
**Denver, CO 80214**

Date or dates debt was incurred
**2019-2022**

Last 4 digits of account number **1818**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

As of the petition filing date, the claim is:
*Check all that apply*.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Total claim: **$482,441.92**     Priority amount: **$482,441.92**

Debtor **Smith Environmental and Engineering, Inc.**
Name

Case number (if known) 25-11042

| | | | |
|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 9941**<br>**Ogden, UT 84409** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $581,634.56   $581,634.56 |
| | Date or dates debt was incurred<br>**2020-2023** | Basis for the claim: | |
| | Last 4 digits of account number **8879** | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | | |

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**A & B Cultural Consultants, LLC**<br>**1608 Sunset Drive**<br>**Louisville, CO 80027** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,787.00 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**A Squared Instruments and Controls**<br>**4420 Rocksbury Lane**<br>**Johnstown, CO 80534** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $80.00 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**A1 Organics**<br>**16350 WCR 76**<br>**Eaton, CO 80615** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,760.97 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**AK Pioneer Consulting LLC**<br>**1768 Bluebird Dr.**<br>**Bailey, CO 80421** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,800.00 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**All Copy Products, Inc.**<br>**4141 Colorado Blvd**<br>**Denver, CO 80216** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $77.34 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | Smith Environmental and Engineering, Inc. | Case number (if known) | 25-11042 |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**All-Phase Environmental Consultants, Inc**<br>**721 W. 9th Street**<br>**Pueblo, CO 81003** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,815.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Aquatic and Wetland Nursery, LLC**<br>**9999 Weld County Road 25**<br>**Fort Lupton, CO 80621** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $109.31 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Arbor Valley**<br>**18539 WCR 4**<br>**Brighton, CO 80603** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $33,430.22 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>**BFI - Tower Landfill**<br>**P.O. Box 677839**<br>**Dallas, TX 75267** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,630.42 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Black Hills Energy**<br>**PO Box 6001**<br>**Rapid City, SD 57709** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $884.45 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number  9863 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Bowman Construction Supply, Inc.**<br>**6620 NW Toni Drive**<br>**Des Moines, IA 50313** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,087.72 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**BRIC, LLC**<br>**8840 E Chaparral Road, Ste 145**<br>**Scottsdale, AZ 85250** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $71,965.12 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Smith Environmental and Engineering, Inc.**  Case number (if known) 25-11042
Name

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $444,090.69 |
|---|---|---|---|
| | **Byron Chrisman Trust**<br>6909 S. Eaton St.<br>Littleton, CO 80128 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  7/15/2022 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $465.00 |
|---|---|---|---|
| | **Central Weld County Water District**<br>2235 2nd Ave.<br>Greeley, CO 80631 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $179.12 |
|---|---|---|---|
| | **Century Link**<br>PO Box 91155<br>Seattle, WA 98111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $35,706.00 |
|---|---|---|---|
| | **Chase**<br>PO Box 6294<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  9010 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,280.29 |
|---|---|---|---|
| | **Cintas Fire Protection**<br>P.O. Box 636525<br>Cincinnati, OH 45263 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  7219 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $27,500.00 |
|---|---|---|---|
| | **City & County of Denver**<br>201 West Colfax Ave Dept 605<br>Denver, CO 80202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $126.46 |
|---|---|---|---|
| | **City of Dacono**<br>512 Cherry Ave Bldg A<br>Dacono, CO 80514 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number  2882 | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Smith Environmental and Engineering, Inc. | Case number (if known) | 25-11042 |
|---|---|---|---|
| | Name | | |

### 3.20 Clean Harbors
PO Box 734867
Dallas, TX 75373

Date(s) debt was incurred __
Last 4 digits of account number  **0200**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

**$4,209.86**

---

### 3.21 Colorado Backflow Testing & Repair, Inc.
PO Box 270070
Louisville, CO 80027

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

**$159.95**

---

### 3.22 Colorado Divison of Water Resources
1313 Sherman St, Ste 821
Denver, CO 80203

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

**$500.00**

---

### 3.23 Comcast
 P.O. Box 37601
Philadelphia, PA 19101

Date(s) debt was incurred __
Last 4 digits of account number  **1757**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

**$1,767.98**

---

### 3.24 Comcast
 P.O. Box 37601
Philadelphia, PA 19101

Date(s) debt was incurred __
Last 4 digits of account number  **3754**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

**$3,439.79**

---

### 3.25 Concentra
PO BOX 9008
Broomfield, CO 80021

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

**$92.00**

---

### 3.26 CPS Distributors, Inc.
PO Box 841382
Dallas, TX 75284

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

**$5,468.18**

---

Debtor **Smith Environmental and Engineering, Inc.**  Case number (if known) **25-11042**
Name

| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Creditors Relief**<br>333 Sylvan Ave, Suite 105<br>Englewood Cliffs, NJ 07632<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$28,774.79** |
|---|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Custom Contract Elevator Solutions, LLC**<br>12787 Espera Way<br>Parker, CO 80134<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,300.00** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**DLL Financial Solutions Partner**<br>PO Box 41602<br>Philadelphia, PA 19101<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,824.94** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Elevation Diagnostics**<br>2115 N Scranton St Suite 3040A<br>Aurora, CO 80045<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$9,600.00** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Enclosure Surveying**<br>P.O. Box 4552<br>Jackson, WY 83001<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$16,800.00** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**ERIS Information Inc**<br>266 Elmwood Ave P.O. Box 930<br>Buffalo, NY 14222<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$339.57** |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Eurofins Reservoirs Environmental, Inc.**<br>5801 Logan Street, Suite 100<br>Denver, CO 80216<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,775.00** |

Debtor **Smith Environmental and Engineering, Inc.**  Case number (if known) **25-11042**
Name

| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Examinetics**<br>**PO Box 7410675**<br>**Chicago, IL 60674**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $30.00 |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Ferguson Waterworks #1116**<br>**PO Box 802817**<br>**Chicago, IL 60680**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **8960** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $38,772.85 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Flores Landviews**<br>**126 E Saint Clair Ave**<br>**Longmont, CO 80504**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $29,600.00 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Fundbox**<br>**300 Montgomery St. Ste 900**<br>**San Francisco, CA 94104**<br><br>Date(s) debt was incurred **9/13/24-12/26/24**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $40,050.74 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**G R Sprinkler Systems LLC**<br>**5135 Mt Arapahoe Cir**<br>**Frederick, CO 80503**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $215.00 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**General Air Service & Supply**<br>**1105 Zuni Street**<br>**Denver, CO 80204**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $169.59 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Geotech**<br>**2650 East 40th**<br>**Denver, CO 80205**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $587.57 |

Debtor **Smith Environmental and Engineering, Inc.**  
Name

Case number (if known) **25-11042**

| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Grainger**<br>**P.O. Box 419267**<br>**Kansas City, MO 64141**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $2,065.48 |
|---|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Grease Monkey**<br>**PO Box 620130**<br>**Middleton, WI 53562**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $1,412.06 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Hanson & CO.**<br>**4100 E Mississippi Ave, 17th Floor**<br>**Denver, CO 80246**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $5,500.00 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Herc Rentals Inc.**<br>**P.O Box 936257**<br>**Atlanta, GA 31193**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $47.27 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Holmes Murphy**<br>**P.O. Box 8364**<br>**Des Moines, IA 50301**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $7,185.00 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Home Depot**<br>**PO Box 790420**<br>**Saint Louis, MO 63179**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **4909** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $9,010.00 |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Integris**<br>**410 N St Francis**<br>**Wichita, KS 67202**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | $24,412.05 |

Debtor **Smith Environmental and Engineering, Inc.**
Name

Case number (if known) **25-11042**

| | | | |
|---|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Kaiser Permanente**<br>**PO Box 711697**<br>**Denver, CO 80271**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,391.95** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Korby Sod**<br>**2406 E County Rd 60**<br>**Wellington, CO 80549**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$862.20** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**LA Testing**<br>**200 Route 130 North**<br>**North Cinnaminson, NJ 08077**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,050.00** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Lancia and Peter Smith**<br>**13965 Herring Road**<br>**Colorado Springs, CO 80908**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$450,000.00** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Light Box**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$350.00** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Martin Marietta Materials**<br>**PO Box 677061**<br>**Dallas, TX 75267**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,373.91** |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Mobile Heavy Equipment & Truck Repair**<br>**1105 Alpine Court**<br>**Windsor, CO 80550**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$15,600.67** |

| Debtor | Smith Environmental and Engineering, Inc. | Case number (if known) | 25-11042 |
|---|---|---|---|

| | | |
|---|---|---|
| **3.55** | **Nonpriority creditor's name and mailing address**<br>Mulligan Funding, LLC<br>4715 Viewridge Avenue<br>Suite 100<br>San Diego, CA 92123<br><br>Date(s) debt was incurred  4/2024<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$212,645.50** |
| **3.56** | **Nonpriority creditor's name and mailing address**<br>Otis Elevator Company<br>PO Box 730400<br>Dallas, TX 75373<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,636.32** |
| **3.57** | **Nonpriority creditor's name and mailing address**<br>Overton Funding<br>2802 North 29th Ave.<br>Hollywood, FL 33020<br><br>Date(s) debt was incurred  6/2024<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$29,125.00** |
| **3.58** | **Nonpriority creditor's name and mailing address**<br>Performance Equipment<br>P.O. Box 192<br>Fort Lupton, CO 80621<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$2,916.41** |
| **3.59** | **Nonpriority creditor's name and mailing address**<br>Pioneer (Site One)<br>630 Plaza Drive, Ste 150<br>Littleton, CO 80129<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  4751 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$11,326.08** |
| **3.60** | **Nonpriority creditor's name and mailing address**<br>Principal Life Ins Company<br>PO Box 10333<br>Des Moines, IA 50306<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$2,109.61** |
| **3.61** | **Nonpriority creditor's name and mailing address**<br>RAECO RENTS, LLC<br>4340 Grove Ave<br>Gurnee, IL 60031<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$157.40** |

Debtor **Smith Environmental and Engineering, Inc.**   Case number (if known) 25-11042
　　　　Name

| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Rifle Creek Stone, Inc**<br>P.O. Box 1877<br>Rifle, CO 81650<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $881.70 |
|---|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**RMG - Rocky Mountain Group**<br> PO Box 50917<br>Colorado Springs, CO 80949<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,006.03 |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**SGS North America, Inc.**<br> PO Box 2506<br>Carol Stream, IL 60132<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $32,644.08 |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**SiteOne Landscape Supply, LLC**<br>24110 Network Place<br>Chicago, IL 60673<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **5003** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $22,063.95 |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Staples**<br> PO Box 660409<br>Dallas, TX 75266<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,749.09 |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**State Auto Insurance Companies**<br> 518 E. Broad St.<br>Columbus, OH 43215<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **407C** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $5,850.67 |
| 3.68 | **Nonpriority creditor's name and mailing address**<br>**State of Colorado - Dept of Public Healt**<br>4300 Cherry Creek Drive South ASD-AR-B1<br>Denver, CO 80246<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $70.00 |

Official Form 206 E/F　　　Schedule E/F: Creditors Who Have Unsecured Claims　　　Page 11 of 13

Debtor  **Smith Environmental and Engineering, Inc.**                           Case number (if known)   25-11042
        Name

| 3.69 | **Nonpriority creditor's name and mailing address**<br>Summit Scientific<br>4653 Table Mountain Dr.<br>Golden, CO 80403<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $5,739.00 |
|---|---|---|---|
| 3.70 | **Nonpriority creditor's name and mailing address**<br>The Davey Tree Expert Company<br>PO Box 773222<br>Detroit, MI 48277<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $2,124.00 |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>Trident Fire & Security<br>P.O. Box 826<br>Longmont, CO 80502<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $260.00 |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>TruDiligence, LLC<br>3190 South Wadsworth Blvd Ste. 260<br>Lakewood, CO 80227<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $474.02 |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>Twin Peaks Diesel<br>4750 York St<br>Dacono, CO 80514<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $2,410.30 |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>United Power<br>PO Box 173703<br>Denver, CO 80217<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  2402 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $578.12 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>Wagner Rents<br>PO Box 919000<br>Denver, CO 80291<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $730.15 |

Debtor **Smith Environmental and Engineering, Inc.**  Case number (if known) **25-11042**
Name

| | | | |
|---|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** Waste Connections of Colorado, Inc. 6500 Franklin St Denver, CO 80216 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$398.94** |
| | Date(s) debt was incurred __ Last 4 digits of account number **4001** | **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | |
| 3.77 | **Nonpriority creditor's name and mailing address** Weld County Clerk & Recorder 1402 N 17th Ave Greeley, CO 80631 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$203.09** |
| | Date(s) debt was incurred __ Last 4 digits of account number __ | **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | |
| 3.78 | **Nonpriority creditor's name and mailing address** Wendell Rahorst, Inc 4946 S. Miller Way Littleton, CO 80127 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$7,875.00** |
| | Date(s) debt was incurred __ Last 4 digits of account number __ | **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | |
| 3.79 | **Nonpriority creditor's name and mailing address** WEX Bank P.O. Box 6293 Carol Stream, IL 60197 | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$8,695.00** |
| | Date(s) debt was incurred __ Last 4 digits of account number **3818** | **Basis for the claim:** __ Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 1,083,358.62 |
| **5b. Total claims from Part 2** | 5b. + $ | 1,752,182.97 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ | 2,835,541.59 |

Official Form 206 E/F  Schedule E/F: Creditors Who Have Unsecured Claims  Page 13 of 13