**Fill in this information to identify the case:**

Debtor name   **Smith Environmental and Engineering, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **25-11042**

■ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.       **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Sunflower Bank** | **Business Checking** | **7774** | **$3,734.09** |
| 3.2. | **Sunflower Bank** | **Business Checking** | **1646** | **$0.00** |
| 3.3. | **TBK Bank** | **Business Checking** | | **$120,219.00** |
| 3.4. | **TBK Bank** | **Business Checking** | **4183** | **$0.00** |

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $123,953.09 |
|---|

**Part 2:       Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

| Debtor | **Smith Environmental and Engineering, Inc.** | Case number *(If known)* **25-11042** |
|---|---|---|
| | Name | |

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

    7.1.  **Security Deposit with Landlord**               **$14,600.00**

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**                                                  **$14,600.00**
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | **317,340.00** | - | **0.00** | = .... | **$317,340.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **118,947.47** | - | **0.00** | = .... | **$118,947.47** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **121,490.62** | - | **0.00** | =.... | **$121,490.62** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**                                            **$557,778.09**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |

Debtor   **Smith Environmental and Engineering, Inc.**                    Case number *(If known)*  **25-11042**
         Name

| | | | | |
|---|---|---|---|---|
| Biodegradable Erosion Log | 2/24/2025 | $8,000.00 | Comparable sale | $6,000.00 |
| FOD VTC's | 2/24/2025 | $6,000.00 | Comparable sale | $5,000.00 |
| Profile Wood Hydromulch | 2/24/2025 | $1,500.00 | Comparable sale | $1,000.00 |

22.   **Other inventory or supplies**

23.   **Total of Part 5.**                                                                                              | $12,000.00 |
      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☑ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☑ No
      ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

      ☑ No.  Go to Part 7.
      ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

      ☐ No.  Go to Part 8.
      ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** Chairs, file cabinets, desks, shelves, conference table, floor mats, washer, dryer. | $0.00 | Liquidation | $5,000.00 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** Software | Unknown | Liquidation | $0.00 |
| Monitors, keyboards, mice, desktop computers, laptop computers, desk phones, cleaning supplies, white boards, office artwork, extension cords, power strips, | Unknown | | $7,000.00 |

Debtor   **Smith Environmental and Engineering, Inc.**          Case number *(If known)*  **25-11042**
         Name

**lockers, water cooler, trash cans
paper shredder, corkboards, TV, scanner,
office plants, coffee machine, small kitchen
appliances.**

| | |
|---|---|
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| | | |
|---|---|---|
| 43. | **Total of Part 7.** | **$12,000.00** |
| | Add lines 39 through 42.  Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2013 F-150 pickup, $8,240.00, 1 FTMF1 CM3DKE28272;<br>2015 F-250 Crew Cab 4x4, $28,000.00, 1FT7X2B60FEC35436;<br>2016 F-350 4x4 super cab pickup, $34,000.00,1FD8W3HT2GEC26650;<br>2016 F-150 4x4 Crew Cab, $20,000.00, 1FTFW1EF7GKF50077;<br>2016 Nissan Frontier 4x4 Super cab pickup, $18,000.00,1N6AD0EV1GN788794;<br>2017 F-150 4x4 Super Cab pickup, $31,550.00, 1FTEW1EF4HKD45619;<br>2018 F 250 by 4 super cab, $34,900.00, 1FT7W2BT5JEB59990;<br>2018 Ford Explorer, $16,400.00, 1FM5K8D88JGA35744;<br>2018 F-350, $36,000.00, 1FT8W3BT1JED00810; and<br>2019 F-350, $38,000.00, 1FT8W3BT0KEC23560.** | **$0.00** | **Comparable sale** | **$265,090.00** |

Debtor **Smith Environmental and Engineering, Inc.**
Name

Case number *(If known)* **25-11042**

| | | | | |
|---|---|---|---|---|
| 47.2. | **2009 Dump Trailer, HILB DUM, $3,000.00, 1THABABK491024956; 2013 Wells Cargo Trailer Cargo, $5,000.00, 1WF200D13D4084812; 2014 HHTC Black V-Nose Enc Trl Cargo, $5,000.00, 533TC1429EC234212; 2014 UNVT White Trailer UNVT, $5,000.00, 575200E24E4087632; 2015 24 ft Gooseneck Trailer 2015 PJ, 8,000.00, 4P5FS2523F1226004; 2015 Dun Rite Trailer DUNR Flatbed, $5,000.00, 1D9LT2029FC398671; 2015 PJTM CC2 Trailer PJTM CC2, $5,000.00, 4P5CC2025F1236055; 2017 1000-gallon water tank trailer PRIE, $8,000.00, 1P9BW1728HM652587; 2016 Load Max 40-ft gooseneck trailer LDTL 40F, 8,000.00, 4ZEGH3029G1115495; 2018 Doolittle Cargo Trailer, $6,000.00, 1DGCS1424JM030076; and 2015 Dunrite Trailer, $8,000.00.** | **Unknown** | | **$66,000.00** |
| 47.3. | **2018 Ram 3500** | **Unknown** | **Recent cost** | **$25,832.06** |
| 47.4. | **2022 Ram 3500** | **Unknown** | **Recent cost** | **$36,000.00** |
| 47.5. | **2022 Ram 3500** | **Unknown** | **Recent cost** | **$36,000.00** |
| 47.6. | **2022 Toyota Tacoma** | **Unknown** | **Recent cost** | **$45,421.00** |
| 47.7. | **2022 Yamaha ATV** | **Unknown** | **Recent cost** | **$12,716.00** |
| 47.8. | **2015 Dun Rite Trailer** | **Unknown** | **Recent cost** | **$4,236.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Debtor | **Smith Environmental and Engineering, Inc.** | | Case number *(If known)* **25-11042** |
| | <small>Name</small> | | |

**2016 John Deere skid steer TRRI 323-3657.8, $28,400.00, 1T0323EKCGJ298986;**
**2014 John Deere tractor TRRI 805 - 2214.9, $35,000.00, 1LV5085MHDJ643871;**
**2015 Finn Hydroseeder FINN, $25,000.00, 1F9GS2125ff135858;**
**2015 John Deere hay thrower FINL WDR, $9,000.00, 2057;**
**2015 PERC Machine H&MG COM, $4,000.00, 1H94R0919FT616024**
**2016 Gehl skid steer RT210, $25,000.00, GHLRT210D00921093;**
**2014 Bobcat mini excavator E45 - 1549.8, $30,000.00, B2VY11098;**
**36" Silt Fence Plow RT-SFP48, $4,000.00 ;**
**Land Pride Drill Seeder Orang, $15,000.00, 3P600821106;**
**2015 PERC H&M 412 RTHL, $4,000.00, 5202600278;**
**2003 Polaris ATV & weed spraying unit Sportsman 700, $3,500.00, 4XACN68A13A724954;**
**2018 Kubota Drill Seeder Red & Black, $8,000.00, 1304281;**
**8 - Vehicle Tracking Pads , $6,000.00;**
**Fence Pro Powered Post Driver Orange, $1,500.00 ;**
**2017 PERC Machine H&M 412RT, $4,000.00, 1H94R0917HT616090;**
**1993 Trencher DITC 350011158 Yellow, $2,000.00, 3LO623;**
**2014 JD Farm Loader Att, $950.00, 1POH260XCDC008266;**
**2017 400 - Tomahawk Traps, $8,000.00;**
**2021 Jonboat & Motor, $1,500.00;**
**Straw Cannon white  $1,000.00;**
**Skidsteer Snowplow Attachment black, $900.00;**
**Skidsteer Trencher Attachment black, $500.00;**
**JD Double Disc Attachment, $400.00; and**
**JD Tractor Hay Crimper Attachment green, $400.00, 2 disc plows $500.**

| | **Unknown** | **Comparable sale** | **$218,550.00** |
| --- | --- | --- | --- |
| **Birchland 8 Ft. Straw Crimper** | **Unknown** | **Recent cost** | **$11,225.00** |

| Debtor | **Smith Environmental and Engineering, Inc.** | Case number *(if known)* | **25-11042** |
|---|---|---|---|
| | Name | | |

**Green 8' Plow $200.00;**
**Husky Compressor - black $1,000.00;**
**Air Compressor - Makita;**
**Water hoses and trash pump;**
**Chicago Electric Flux Welder $500.00;**
**Distance measuring wheels;**
**2 Magnum Stihl Chainsaws $500.00;**
**DeWalt Generator $250.00;**
**Ryobi Pressure Washer $100.00;**
**Stanley Plate Compactor $150.00;**
**Wacker Jumping Jack $150.00;**
**Narrow Mini Ex Buckets $200.00;**
**Wide Mouth Mini Ex Buckets;**
**Ryobi Table Saw $150.00;**
**Water Tanks and Troughs;**
**3x 300 Gallon Water Troughs-black  $200.00;**
**100 Gallon Water Trough $100.00;**
**500 Gallon Aluminum Water Trough $200.00;**
**3x 350 Gallon White Water Tanks $300.00;**
**250 Gallon White Water Tank $250.00;**
**5x 1,000 gal water tanks - black;**
**Makita Compressor-blue $250.00;**
**4' levels;**
**Skidster attachment - rock picker-black**
**$300.00;**
**Nuts & bolts racks -  3 blue, 1 gray, 2 red;**
**Fire Hydrant Wrench;**
**Come Along Jack;**
**Concrete Nail Gun;**
**Cans of spray marking paint;**
**Orange Traffic Cone - Reg. Size;**
**Orange Traffic Cone - Small;**
**Paint Sprayer Marking Wands;**
**Block and Pully 1;**
**Bolt Cutter;**
**Chainsaw Bag;**
**Chainsaw H Hat & Face Screen; and**
**Circular Saw with Battery.**                                        **Unknown**                                    **Unknown**

| Debtor | **Smith Environmental and Engineering, Inc.** | Case number *(If known)* **25-11042** |
| | Name | |

**Circular Saw with Cord**
**6' shelves with hydraulic oil, brake oil, motor**
**oil, WD-40, DEF, etc.**
**Clear tote with 10 electric extension cords**
**Grinder on stand**
**Tow straps (10) in a clear tote**
**5000 watt Briggs & Stratton generator**
**Pallet dolly and lift with attachments**
**Miscellaneous shovels, rakes, sledge**
**hammers, and post pounders**
**Transmission Jack (1200 lbs)**
**Leaf blowers**
**Electric Wrench**
**Empty craftsman tool drawer**
**Box of coveralls**
**White coolers**
**Folding chairs (not in comp)**
**Boxes of hard hats**
**Snow shovels**
**Orange Rigid tool box (not in comp)**
**Short metal ramps (2)**
**Grinder -Small Angle -Dewalt**
**Tripod stands (2 small and 2 large)**
**Welding masks**
**Flagging tape 60 rolls**
**Summersible Pump**
**Telescoping Ladder - 6ft. Werner**
**Tool Bags - Makita**
**Tool Box - Orange**
**Tree Trimmer and Pole**
**Wheel Meter**
**Winch - Warn Portable** — **Unknown** — **Unknown**

**CST Survey Unit, $1,000.00**
**Flow Velocity Meter, $400.00**
**Digital Transit Theodlite 1**
**Turbidimeter**
**Self Contained Breathing Aparatus 1**
**Conductance Temp. Meter 1**
**Conductivity Meter 1**
**Air Monitoring Pumps 8**
**Air Pump Regulators for CO2 Tanks 6**
**Silicon Half-Mask Respirators 2**
**Full Face Respirators 4** — **$0.00** — **Unknown**

| Debtor | **Smith Environmental and Engineering, Inc.** | | Case number *(if known)* | **25-11042** |
| --- | --- | --- | --- | --- |
| | Name | | | |

**Chest Freezers-white 3;**
**Weed whackers 6;**
**Yellow locking hazardous chem cabinet 1;**
**Cobra Microtalk  3;**
**Coleman Cooler - On Wheels 2;**
**Backpack Sprayer 10;**
**Live Traps - Skunks 10;**
**Live Traps - Sherman 30;**
**ATV - Polaris 1;**
**ATV - Yamaha  1;**
**ATV Helmets  2;**
**Mettler Scale 1;**
**Water Cooler - 5 Gallon, Orange 5;**
**Water Cooler  - 3 Gallon 2;**
**pH Soil Kit - Dyes 1;**
**Augers - Hand 3;**
**Bottles of 10% HCL 5;**
**Weed Whacker - Troybuilt  2;**
**Soil Sieves, 3X3, 1/8 in. Mesh 1;**
**Soil Grinder 1;**
**Weed Whacker - Troybuilt  2;**
**Floor Fans 4;**
**Ext. Cord Colier - Craftsman  1;**
**Extension Cord - Orange  3;**
**Extension Cord - Yellow 3;**
**Metal work bench 1;**
**Vice on a pipe platform 1;**
**42" fan 1;**
**Vacuum ;1;**
**Folding Tables - 6 ft. 3;**
**Folding Tables - 4 ft 1;**
**50 to 55 gal rubber trash cans on wheels 5;**
**40 gal rubber trash can 1;**
**Aluminum trash can 2;**
**Water hose and hose cart 1;**
**Office chairs 2;**
**4' silver shelving rack 1;**
**6ft shelving set 7;**
**Hanging Scale - 50 lb. 1;**
**Hepa Vacuums 2;**
**Kobalt Tool Box - Black - 2 slide out trays 1;**
**Ladder, Extension - 24ft;**
**Ladder - 6ft;**
**Leaf Blower - Elite;**
**Lufkin Measuring Tape - 100 ft.;**
**Lufkin Measuring Tape - 300 ft.;**
**Extension Pole - 30 ft. 2;**
**Extension Pole - 25 ft. 1;**
**Midland Xtra Talk 2;**
**Mity Vac II 1;**
**Motorola (New) 5;**
**Mototrola (Old) 1**

| | | | |
| --- | --- | --- | --- |
| | **$0.00** | | **Unknown** |

Debtor **Smith Environmental and Engineering, Inc.**        Case number *(If known)* **25-11042**
Name

| | | |
|---|---|---|
| **Light - Battery Powered Makita 1;** | | |
| **Garden Hose and Carrier  1;** | | |
| **Shrub loppers 3;** | | |
| **Pick Up Tow Bar 1;** | | |
| **Pipe Wrench - Large 1;** | | |
| **Posthole Digger 1;** | | |
| **Power Drill - Milwaukee 1;** | | |
| **Power Drill w/Battery - Makita 1;** | | |
| **Propane Torch 1;** | | |
| **Purge Saver 1;** | | |
| **Radios - Motorolla, Chargers 5;** | | |
| **Sawsall - Makita 1;** | | |
| **Sawsall - Milwaukee 1;** | | |
| **Hand Trucks 2;** | | |
| **Handyman Jack 1;** | | |
| **Charger (1 Cradle)  1;** | | |
| **Chargers (2 Prong)  2;** | | |
| **Silver Kenmore refrigerator 1;** | | |
| **White boards 2;** | | |
| **Dolly 2;** | | |
| **Tan filing cabinet 1;** | | |
| **Black filing cabinet 1;** | | |
| **Plastic filing cabinet 1;** | | |
| **Fire extinguishers  5;** | | |
| **Tow hitch balls  3;** | | |
| **Step stool 1;** | | |
| **Portable swamp cooler 1;** | | |
| **Broom 2;** | | |
| **Socket Set - Husky  1;** | | |
| **Wrecker Bar 3** | **$0.00** | **Unknown** |
| **(2) RC 412RT Rodent Control Compressors** | **Unknown** | **$14,000.00** |
| **(2) 2024 Jackrabbit Co-Jacks S/N 541, 452** | **Unknown** | **$30,000.00** |
| **2020 Art's Way Top Spreader 864** | **Unknown** | **$1,000.00** |

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.                                                **$766,070.06**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes Fill in the information below.

55.       **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor    **Smith Environmental and Engineering, Inc.**                    Case number *(If known)*  **25-11042**
_____
Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Lease of 250 Perry Ln.,  Dacono Colorado 80514** | **Leasehold Interest** | **Unknown** | | **Unknown** |

56.  **Total of Part 9.**                                                                                                           **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Smith Environmental and Engineering, Inc.**                              Case number *(If known)*  **25-11042**
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $123,953.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $14,600.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $557,778.09 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $12,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $766,070.06 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,486,401.24 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,486,401.24 |

**Fill in this information to identify the case:**

Debtor name    **Smith Environmental and Engineering, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    **25-11042**

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
| | State the term remaining | | **Ames Construction** |
| | List the contract number of any government contract | 2025-2432 | **18450 E. 28th St** **Aurora, CO 80011** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
| | State the term remaining | | **Asphalt Specialties** |
| | List the contract number of any government contract | 2024-2333 | **345 W 62nd Ave** **Denver, CO 80216** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
| | State the term remaining | | **Benesch** |
| | List the contract number of any government contract | 2023-2246 | **7979 E. Tufts Avenue** **Denver, CO 80237** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
| | State the term remaining | | **Boulder County** |
| | List the contract number of any government contract | 2020-1732 | **2525 13th St** **Boulder, CO 80304** |

Debtor 1    **Smith Environmental and Engineering, Inc.**                                                              Case number *(if known)*    **25-11042**
      First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Boulder County Housing Authority** |
| | List the contract number of any government contract | **2024-2365** | **1325 Pearl St** <br> **Boulder, CO 80302** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Boulder County Public Works** |
| | List the contract number of any government contract | **2023-2147** | **2525 13th St** <br> **Boulder, CO 80304** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **CCD - Parks and Recreation** |
| | List the contract number of any government contract | **2022-1986** | **201 W. Colfax Avenue, Dept. 602** <br> **Denver, CO 80202** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **CCD, DOT&I** |
| | List the contract number of any government contract | **2024-2351** | **201 W. Colfax Ave** <br> **Denver, CO** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **CCOB/Kraemer North America** |
| | List the contract number of any government contract | **2025-2412** | **900 West Castleton Road, Suite 220** <br> **Castle Rock, CO 80109** |

| Debtor 1 | **Smith Environmental and Engineering, Inc.** | | Case number *(if known)* | **25-11042** |
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | **2024-2352** | **CEI Constructors** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | **2025-2420** | **City and County of Broomfield**<br>**3951 W. 144th Avenue**<br>**Broomfield, CO 80023** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | **2025-2395** | **City and County of Broomfield**<br>**One Descombes Drive**<br>**Broomfield, CO 80020** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | **2024-2385** | **City and County of Broomfield**<br>**3951 West 144th Avenue**<br>**Broomfield, CO 80023** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
| | State the term remaining | | |
| | List the contract number of any government contract | **2024-2362** | **City and County of Broomfield**<br>**One DesCombes Drive**<br>**Broomfield, CO 80020** |

| Debtor 1 | **Smith Environmental and Engineering, Inc.** | | Case number (*if known*) | **25-11042** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **City and County of Broomfield** |
| | List the contract number of any government contract | **2023-2179** | **One Descombes Drive**<br>**Broomfield, CO 80020** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **City and County of Broomfield** |
| | List the contract number of any government contract | **2022-2107** | **One Descombes Drive**<br>**Broomfield, CO 80020** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **City and County of Broomfield** |
| | List the contract number of any government contract | **2022-2106** | **3951 West 144th Avenue**<br>**Broomfield, CO 80023** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **City and County of Broomfield** |
| | List the contract number of any government contract | **2020-1732** | **One Descombes Drive**<br>**Broomfield, CO 80020** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **City and County of Broomfield** |
| | List the contract number of any government contract | **2019-1622** | **One DesCombes Drive**<br>**Broomfield, CO 80020** |

| Debtor 1 | **Smith Environmental and Engineering, Inc.** | Case number *(if known)* | **25-11042** |
|---|---|---|---|
| | First Name          Middle Name          Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — **Ecological Services Contract**

State the term remaining

List the contract number of any government contract — **2023-2248**

**City of Boulder**
**2520 55th St.**
**Boulder, CO 80301**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest — **Ecological Services Contract**

State the term remaining

List the contract number of any government contract — **2022-2128**

**City of Boulder**
**1136 Alpine**
**Boulder, CO 80306**

---

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — **Ecological Services Contract**

State the term remaining

List the contract number of any government contract — **2022-2117**

**City of Boulder**
**2520 55th Street**
**Boulder, CO 80301**

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — **Ecological Services Contract**

State the term remaining

List the contract number of any government contract — **2022-2055**

**City of Boulder**
**2520 55th Street**
**Boulder, CO 80301**

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — **Ecological Services Contract**

State the term remaining

List the contract number of any government contract — **2024-2350**

**City of Brighton**
**500 S 4th Ave**
**Brighton, CO 80601**

---

| Debtor 1 | **Smith Environmental and Engineering, Inc.** | | Case number *(if known)* | **25-11042** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **City of Fort Collins** |
| | List the contract number of any government contract | **2025-2425** | **1745 HOFFMAN RD**<br>**Fort Collins, CO 80524** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **City of Fort Collins** |
| | List the contract number of any government contract | **2024-2376** | **1745 Hoffman Mill Rd**<br>**Fort Collins, CO 80524** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **City of Fort Collins** |
| | List the contract number of any government contract | **2019-1598** | **1745 Hoffman Mill Rd**<br>**Fort Collins, CO 80524** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **City of Fort Collins (Drake Water)** |
| | List the contract number of any government contract | **2024-2358** | **3036 Environmental Drive**<br>**Fort Collins, CO 80525** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **City of Fort Collins Natural Areas Dept.** |
| | List the contract number of any government contract | **2022-2127** | **PO Box 580 Fort Collins**<br>**Fort Collins, CO 80525** |

| Debtor 1 | **Smith Environmental and Engineering, Inc.** | Case number *(if known)* | **25-11042** |
| | First Name    Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
| | State the term remaining | | **City of Fort Collins Natural Areas Dept.** |
| | List the contract number of any government contract | **2021-1889** | **PO Box 580 Fort Collins**<br>**Fort Collins, CO 80525** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
| | State the term remaining | | **City of Longmont** |
| | List the contract number of any government contract | **2024-2389** | **7 South Sunset Street**<br>**Longmont, CO 80501** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
| | State the term remaining | | **City of Longmont** |
| | List the contract number of any government contract | **2023-2149** | **1100 S Sherman Street**<br>**Longmont, CO 80501** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
| | State the term remaining | | **City of Longmont** |
| | List the contract number of any government contract | **2020-1791** | **350 Kimbark Street**<br>**Longmont, CO 80501** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
| | State the term remaining | | **City of Longmont** |
| | List the contract number of any government contract | **2018-1474** | **350 Kimbark Street**<br>**Longmont, CO 80501** |

Debtor 1   **Smith Environmental and Engineering, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)   **25-11042**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **City of Longmont** |
| | List the contract number of any government contract | **2018-1461** | **350 Kimbark Street**<br>**Longmont, CO 80501** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **City of Thornton** |
| | List the contract number of any government contract | **2024-2361** | **9500 Civic Center Dr**<br>**Denver, CO 80229** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Colorado Department of Personal & Admin** |
| | List the contract number of any government contract | **2018-1451** | **1525 Sherman Street**<br>**Denver, CO 80203** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Colorado Dept of Natural Resources, Inac** |
| | List the contract number of any government contract | **2024-2315** | **1313 Sherman Street. Room 718.**<br>**Denver, CO 80203** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Coulson Excavating** |
| | List the contract number of any government contract | **2024-2322** | **3609 Madison Ave**<br>**Loveland, CO 80538** |

| Debtor 1 | **Smith Environmental and Engineering, Inc.** | | Case number *(if known)* | **25-11042** |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **CPW**<br>**6060 Broadway St.**<br>**Denver, CO 80202** |
| | List the contract number of any government contract | **2018-1416** | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Davis Development**<br>**7375 W 52nd Ave, Ste 250**<br>**Arvada, CO 80002** |
| | List the contract number of any government contract | **2024-2364** | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Copier/Printer Lease** | |
|---|---|---|---|
| | State the term remaining | **6/30/2025** | **De Lage Landen Financial Services, Inc.**<br>**PO Box 41602**<br>**Philadelphia, PA 19101** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Design Concepts**<br>**211 N Public Rd, Suite 200**<br>**Lafayette, CO 80026** |
| | List the contract number of any government contract | **2024-2388** | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Design Concepts**<br>**211 N Public Rd**<br>**Lafayette, CO 80026** |
| | List the contract number of any government contract | **2022-2110** | |

Debtor 1   **Smith Environmental and Engineering, Inc.**

First Name       Middle Name       Last Name

Case number (*if known*)   **25-11042**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Division of Reclamation, Mining, and Saf** |
| | List the contract number of any government contract | **2024-2374** | **433 Slate River Dr**<br>**Crested Butte, CO 81224** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Elite Surface Infrastructure** |
| | List the contract number of any government contract | **2024-2357** | **115 Inverness Dr East, Suite 100**<br>**Englewood, CO 80112** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Ertl Farms HOA** |
| | List the contract number of any government contract | **2024-2384** | **W Phillips Rd**<br>**Boulder, CO 80301** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Flatiron Constructors, Inc.** |
| | List the contract number of any government contract | **2025-2416** | **7001 Tower Rd, Suite D**<br>**Denver, CO 80249** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Fransen Pittman** |
| | List the contract number of any government contract | **2025-2396** | **5222 Main St**<br>**Windsor, CO 80550** |

| Debtor 1 | **Smith Environmental and Engineering, Inc.** | | Case number (*if known*) | **25-11042** |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **GMS Inc.** |
| | List the contract number of any government contract | **2025-2421** | **611 N. Weber Street**<br>**Colorado Springs, CO 80903** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **HyperFiber** |
| | List the contract number of any government contract | **2025-2411** | **4030 Bruin Blvd Unit B**<br>**Longmont, CO 80504** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Integrity Land Ventures LLC** |
| | List the contract number of any government contract | **2021-1943** | **7200 S. Alton Way**<br>**Englewood, CO 80112** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Jalisco International** |
| | List the contract number of any government contract | **2025-2406** | **6663 Colorado Blvd**<br>**Commerce City, CO 80022** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **JR Engineering** |
| | List the contract number of any government contract | **2024-2349** | **7200 South Alton Way, Suite C400**<br>**Englewood, CO 80112** |

Debtor 1    **Smith Environmental and Engineering, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)    **25-11042**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **2024-2360** | **Kraemer North America**<br>**One Plainview Rd**<br>**Plain, WI 53577** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **2023-2205** | **Kraemer North America**<br>**900 West Castleton Road, Suite 220**<br>**Castle Rock, CO 80109** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **2024-2345** | **McLane Western**<br>**2100 E Ken Pratt Blvd**<br>**IA 50504** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **2025-2428** | **Mile High Flood District**<br>**12575 W. Bayaud Ave.**<br>**Denver, CO 80228** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | **2024-2368** | **MOA ARCHITECTURE**<br>**414 14th Street, Suite 300**<br>**Denver, CO 80202** |

Debtor 1   **Smith Environmental and Engineering, Inc.**    Case number *(if known)* **25-11042**
First Name   Middle Name   Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.60.** State what the contract or lease is for and the nature of the debtor's interest — **Ecological Services Contract**

 State the term remaining

 List the contract number of any government contract — **2024-2343**

Naropa University
2130 Arapahoe Ave.
Boulder, CO 80302

---

**2.61.** State what the contract or lease is for and the nature of the debtor's interest — **Ecological Services Contract**

 State the term remaining

 List the contract number of any government contract — **2025-2430**

Native Sun (CDOT Region 1)
15020 Woodcarver Rd
Monument, CO 80132

---

**2.62.** State what the contract or lease is for and the nature of the debtor's interest — **Real estate lease of 250 Perry Lane, Dacono, CO 80514**

 State the term remaining — **3 yrs. 6 mos.**

 List the contract number of any government contract

North Slope, LLC
2356 S. Monroe St.
Denver, CO 80210

---

**2.63.** State what the contract or lease is for and the nature of the debtor's interest — **Ecological Services Contract**

 State the term remaining

 List the contract number of any government contract — **2024-2378**

Onward Energy
600 Seventeenth Street
Denver, CO 80202

---

**2.64.** State what the contract or lease is for and the nature of the debtor's interest — **Ecological Services Contract**

 State the term remaining

 List the contract number of any government contract — **2024-2381**

Prairie Dog Action
PO Box 725
Broomfield, CO 80038

---

Debtor 1   **Smith Environmental and Engineering, Inc.**                Case number (*if known*)   **25-11042**
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **SEMA** |
| | List the contract number of any government contract | **2024-2313** | **7353 Eagle St.** **Englewood, CO 80112** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **St. Vrain Valley School District RE-1J** |
| | List the contract number of any government contract | **2022-2116** | **395 S. Pratt Parkway** **Longmont, CO 80501** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Structure Inc.** |
| | List the contract number of any government contract | **2024-2331** | **4 Inverness Court East, Suite 250** **Englewood, CO 80112** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Structure Inc.** |
| | List the contract number of any government contract | **2023-2154** | **4 Inverness Court East** **Englewood, CO 80112** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Timber Wolf Excavating LLC.** |
| | List the contract number of any government contract | **2023-2153** | **520 N 45th Place** **Broken Arrow, OK 74013** |

Debtor 1   **Smith Environmental and Engineering, Inc.**                          Case number (*if known*)   **25-11042**
First Name          Middle Name          Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Touchmark Development and Construction** |
| | List the contract number of any government contract | **2025-2429** | **5150 SW Griffith Drive** **Beaverton, OR 97005** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Town of Lyons** |
| | List the contract number of any government contract | **2024-2328** | **432 5th St** **Lyons, CO 80540** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Ecological Services Contract** | |
|---|---|---|---|
| | State the term remaining | | **Town of Superior** |
| | List the contract number of any government contract | **2024-2340** | **124 E. Coal Creek Drive** **Louisville, CO 80027** |

# United States Bankruptcy Court
## District of Colorado

In re   **Smith Environmental and Engineering, Inc.**

Debtor(s)

Case No.   **25-11042**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lancia Smith** | | | **50%** |
| **Peter Smith** | | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 15, 2025**

Signature   **/s/ Peter L. Smith**

**Peter L. Smith**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders